SUE BURLAGE

RECEIVED
NOV 26 2008
LEONARD GREEN, Clerk

FILED
NOV 26 2008
LEONARD GREEN, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

Case Number: 08-2216

Case Name: Kelly Williams v. Reliance Standard Life Ins.

PRO SE APPELLANT'S BRIEF

**Directions:** Answer the following questions about the appeal to the best of your ability. Use additional sheets of paper, if necessary, not to exceed 30 pages. Please print or write legibly, or type your answers double-spaced. You need not limit your brief solely to this form, but you should be certain that the document you file contains answers to the questions below. The Court prefers short and direct statements.

Within the date specified in the briefing letter, you should return one signed original brief to:

United States Court of Appeals For The Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

1. Did the District Court incorrectly decide the facts?  ☒ Yes

   If so, what facts?

   District Court incorrectly found that Appellant's "Bipolar Disorder was 'caused by; contributed to by; or resulted from' depression, a pre-existing condition and as a result found Appellant ineligible for Long Term Disability benefits.

2. Do you think the District Court applied the wrong law?  ☐ Yes  ☐ No

   I don't know.

   If so, what law do you want applied?

3. Do you feel that there are any others reasons why the District Court's judgment was wrong?
   ☐ Yes   ☒ No
   If so, what are they?

4. What specific issues do you wish to raise on appeal?

   1. The denial of Appellant's claim for long term disability was improper;
   2. Said denial was arbitrary;
   3. Substantial evidence exists that supports a reversal of the district court's decision;
   4. The opinion of Appellee's physician, which the district court relied upon is contrary to medical precedent, standard, and accepted practice;
   5. Bipolar disorder is medically recognized as a separate and distinct condition from depression; and,
   6. The type of treatment Appellant received, was not related to her actual condition which supports her contention that her condition was not pre-existing.

5. What action do you want the Court of Appeals to take in this case?

   Appellant asks that this Court reverse the district court decision dated August 28, 2008 and to remand the matter for further proceedings.

I certify that a copy of this brief was sent to opposing counsel via U.S. Mail on the 25 day of November, 2008.

Signature (Notary not required)

*Kelly Williams*